Richard G. Heston; SBN 90738
Heston & Heston, Attorneys at Law
19700 Fairchild Road
Suite 280
Irvine CA 92612-2528
949-222-1041
949-222-1043 fax
rheston@hestonlaw.com

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

SUSAN JO WHITE,

      Debtor.

Case No.: 8:24-bk-10187-SC

**STIPULATION TO EXTEND BAR DATE**

LAW OFFICES OF HOLLY A. LEMKIN, APC ("Creditor") and SUSAN JO WHITE ("Debtor"), by and through their respective counsel, jointly request that the Court continue the following date:

    **I.**      **RECITALS**

    A.     Debtor filed a Chapter 7 Bankruptcy proceeding, case number 8:24-bk-10652-SC, on January 25, 2024. The deadline to file a complaint objecting to the dischargeability of a debt or to object to the grant of a discharge was set for May 6, 2024.

    B.     Pursuant to the parties' stipulation and order entered March 21, 2024, Debtor agreed and was ordered to appear on April 10, 2024 24 and to produce certain documents described in such order.

    C.     Based on the timing and the volume of production of the documents in close proximity to the scheduled examination, and the inability of Creditor's counsel to review such documentation in advance of conducting the examination of Debtor, the parties agreed to postpone the examination to a date to be determined, as Debtor's counsel was at that time scheduled to shortly thereafter commence a jury case in state court.

    D.     Since that time, Debtor's counsel no longer has a conflicting trial calendar and the parties have agreed to conduct the examination of Debtor on May 13, 2024, commencing at 10:00 a.m.

E.      Pending the completion of Debtor's examination, Creditor wishes to preserve her rights under 11 U.S.C. §523 and 11 U.S.C. §727 to commence an adversary proceeding for determination of dischargeability and objection to discharge.

## II.      STIPULATED REQUEST

In the interest of judicial efficiency and resolution of issues, the parties jointly agree that the bar date by which Creditor may file an adversary complaint to determine dischargeability or to object discharge under 11 U.S.C. §523 and 11 U.S.C. §727 shall be extended until June 12, 2024.

Dated: 4/24/2024

RICHARD G. HESTON
Attorney for Creditor

Dated: 4/24/2024

ANERIO V. ALTMAN
Attorney for Debtor

STIPULATION TO EXTEND BAR DATE

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

19700 Fairchild Road, Suite 280
Irvine, CA 92612

A true and correct copy of the foregoing document entitled (*specify*): **STIPULATION TO EXTEND BAR DATE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 4/24/2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Anerio V Altman**   LakeForestBankruptcy@jubileebk.net, lakeforestpacer@gmail.com;ecf@casedriver.com
- **Karen S Naylor (TR)**   alane@ringstadlaw.com, knaylor@IQ7technology.com;ecf.alert+Naylor@titlexi.com
- **United States Trustee (SA)**   ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 4/24/2024, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Honorable Scott C. Clarkson
United States Bankruptcy Court
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5130 / Courtroom 5C
Santa Ana, CA 92701-4593

Susan Jo White
10 Snowberry Lake
Lake Forest, CA 92630

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 4/24/2024 | Yanira Flores | /s/ Yanira Flores |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                 **F 9013-3.1.PROOF.SERVICE**