United States Bankruptcy Court

Central District of California

In re:     Case No. 24-10187-SC
Susan Jo White     Chapter 7
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-8     User: admin     Page 1 of 1
Date Rcvd: Apr 25, 2024     Form ID: pdf042     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 27, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Susan Jo White, 10 Snowberry Lake, Lake Forest, CA 92630-8383 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 27, 2024     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 25, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Anerio V Altman | on behalf of Debtor Susan Jo White LakeForestBankruptcy@jubileebk.net lakeforestpacer@gmail.com;ecf@casedriver.com |
| Benjamin Heston | on behalf of Interested Party Courtesy NEF bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Karen S Naylor (TR) | alane@ringstadlaw.com knaylor@IQ7technology.com;ecf.alert+Naylor@titlexi.com |
| Richard G. Heston | on behalf of Creditor Law Offices of Hollie A. Lemkin rheston@hestonlaw.com yflores@hestonlaw.com,docs@hestonlaw.com;HestonRR41032@notify.bestcase.com,handhecf@gmail.com |
| United States Trustee (SA) | ustpregion16.sa.ecf@usdoj.gov |

TOTAL: 5

Richard G. Heston; SBN 90738
Heston & Heston, Attorneys at Law
19700 Fairchild Road, Suite 280
Irvine CA 92612-2528
949-222-1041
949-222-1043 fax
rheston@hestonlaw.com

Attorneys for Creditor
Law Offices of Holly A. Lemkin, APC

**FILED & ENTERED**

APR 25 2024

**CLERK U.S. BANKRUPTCY COURT**
Central District of California
BY **bolte**    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| SUSAN JO WHITE,<br><br>    Debtor. | Case No.: 8:24-bk-10187-SC<br><br>**ORDER ON STIPULATION TO EXTEND BAR DATE** |

    On April 24, 2024, Law Offices of Holly A. Lemkin, APC ("Creditor") and Susan Jo White ("Debtor") filed a stipulated request to continue the deadline for Creditor to file a complaint for determination of dischargeability of her debt under 11 U.S.C. §523 or objecting to the discharge under 11 U.S.C. §727 ("the Stipulation").

    Based upon the moving papers, and good cause shown,

    IT IS ORDERED:

    1. The Stipulation is approved.

    2. Creditor may have until June 12, 2024, to file an adversary complaint to determine dischargeability or to object to discharge under 11 U.S.C. §523 and 11 U.S.C. §727.

###

Date: April 25, 2024

                                  Scott C. Clarkson
                                  United States Bankruptcy Judge