**HESTON & HESTON**
RICHARD G. HESTON, Bar No. 90738
HALLI B. HESTON, Bar No. 90737
BENJAMIN R. HESTON, Bar No. 297798
19700 Fairchild Road, Suite 200
Irvine, CA 92612
(949) 222-1041
(949) 222-1043 Fax
rheston@hestonlaw.com

Attorneys for Creditor

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>**SUSAN JO WHITE**<br><br>Debtor. | Case No.: 8:24-bk-10187-SC<br><br>Chapter 7<br><br>**AMENDED NOTICE OF HEARING ON NOTICE OF MOTION AND MOTION TO EXTEND DEADLINE TO FILE MOTION TO DISMISS PURSUANT TO BANKRUPTCY CODE SECTION 707(B)**<br><br>**Hearing:**<br>Date: June 11, 2024<br>Time: 10:00 A.M.<br>Courtroom: 5C |

**TO THE DEBTOR, HER ATTORNEY OF RECORD, THE UNITED STATES TRUSTEE, CHAPTER 7 TRUSTEE, AND OTHER INTERESTED PARTIES:**

NOTICE IS HEREBY GIVEN that a hearing on the foregoing motion of Creditor, Hollie Lemkin, to extend deadline for filing a motion pursuant to 11 U.S.C. §707(b) which was filed as docket number 19 has been set for June 11, 2024 at 11:00 a.m. in Courtroom 5C, of the United States Bankruptcy Court located at 411 West Fourth Street, Santa Ana, CA 92701.

Dated: 5/7/2024

HESTON & HESTON
Attorneys at Law

/s/ Richard G. Heston
RICHARD G. HESTON
Attorney for Debtor

1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

19700 Fairchild Road, Suite 280
Irvine, CA 92612

A true and correct copy of the foregoing document entitled (*specify*): **AMENDED NOTICE OF HEARING ON NOTICE OF MOTION AND MOTION TO EXTEND DEADLINE TO FILE MOTION TO DISMISS PURSUANT TO BANKRUPTCY CODE SECTION 707(B)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 5/7/2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Anerio V Altman**    LakeForestBankruptcy@jubileebk.net, lakeforestpacer@gmail.com;ecf@casedriver.com
- **Benjamin Heston**    bhestonecf@gmail.com, benheston@recap.email,NexusBankruptcy@jubileebk.net
- **Karen S Naylor (TR)**    alane@ringstadlaw.com, knaylor@IQ7technology.com;ecf.alert+Naylor@titlexi.com
- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 5/7/2024, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Scott C. Clarkson
411 West Fourth Street, Suite 5130 / Courtroom 5C
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 5/7/2024 | Yanira Flores | /s/ Yanira Flores |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE