Certificate Number: 05781-CAC-DE-038517398

Bankruptcy Case Number: 24-10187



05781-CAC-DE-038517398

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 28, 2024, at 12:54 o'clock PM PDT, Susan White completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Central District of California.

Date: May 28, 2024

By: /s/Allison M Geving

Name: Allison M Geving

Title: President