| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| RICHARD G. HESTON, ESQ.<br>HESTON & HESTON, Attorneys at Law<br>19700 Fairchild Road<br>Suite 280<br>Irvine, CA 92612<br>(949) 222-1041 Telephone<br>(949) 222-1043 Facsimile<br>rheston@hestonlaw.com<br>SBN: 90738<br><br>☐ Individual *appearing without an attorney*<br>☒ Attorney *for:* Creditor | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| In re:<br><br>SUSAN JO WHITE<br><br><br><br><br><br>Debtor(s) | CASE NO.: 8:24-bk-10187-SC<br>CHAPTER: 7<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** *(title of motion[1])*: Motion to Extend Deadline Time to File Motion to Dismiss Pursuant to Section 707(b) |
|---|---|

PLEASE TAKE NOTE that the order titled Order After Hearing on Motion to Extend Deadline to File Motion to Dismiss Pursuant to Section 707(b)

was lodged on *(date)* 05/05/2024 and is attached. This order relates to the motion which is docket number 19.

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012    Page 1    F 9021-1.2.BK.NOTICE.LODGMENT



**Bankruptcy LODGED ORDER UPLOAD FORM**

Tuesday, June 11, 2024

CONFIRMATION :

Your Lodged Order Info:
( **11303431.docx** )
A new order has been added

- **Office**: Santa Ana
- **Case Title**: Susan Jo White
- **Case Number**: 24-10187
- **Judge Initial**: SC
- **Case Type**: bk ( Bankruptcy )
- **Document Number**: 19
- **On Date**: 06/11/2024 @ 12:14 PM

Thank You!

United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 East Temple Street
Los Angeles, CA 90012

Richard G. Heston; SBN 90738
Halli B. Heston; SBN 90737
Heston & Heston, Attorneys at Law
19700 Fairchild Road, Suite 280
Irvine CA 92612-2528
949-222-1041
949-222-1043 fax
rheston@hestonlaw.com

Attorneys for Creditor Law Offices of Holly A. Lemkin, APC

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| SUSAN JO WHITE,<br><br>　　　　　Debtor. | Case No.: 8:24-bk-10187-SC<br><br>**ORDER AFTER HEARING ON MOTION TO EXTEND DEADLINE TO FILE MOTION TO DISMISS PURSUANT TO SECTION 707(b)**<br><br>Date:  June 11, 2024<br>Time:  11:00 a.m.<br>Ctrm:  5C |

　　　The Court having considered the motion of Creditor Law Offices of Holly A. Lemkin, APC to extend the deadline for filing a motion pursuant to 11 U.S.C. §707(b) filed on May 5, 2024 [DOC 19], Debtor's Opposition thereto filed [DOC] filed May 28, 2024, and the Movant's Reply [DOC 26] filed June 4, 2024, and finding him notice having been duly given and good cause appearing therefor,

　　　IT IS ORDERED:

　　　1. The Motion is granted;

1

2. The deadline for Creditor Law Offices of Holly A. Lemkin, APC to file a motion to dismiss pursuant to 11 U.S.C. §707(b) is extended to June 12, 2024.

###

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:


A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) __06/11/2024__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Anerio V Altman    LakeForestBankruptcy@jubileebk.net, lakeforestpacer@gmail.com;ecf@casedriver.com
Karen S Naylor (TR)    alane@ringstadlaw.com, knaylor@IQ7technology.com;ecf.alert+Naylor@titlexi.com
United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
Benjamin Heston    bhestonecf@gmail.com, benheston@recap.email,NexusBankruptcy@jubileebk.ne

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) __06/11/2024__, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Scott C. Clarkson
United States Bankruptcy Court
411 West Fourth Street, Suite 5130/Courtroom 5C
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 06/11/2024 | Yanira Flores | /ss Yanira Flores |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                Page 2                        F 9021-1.2.BK.NOTICE.LODGMENT