Richard G. Heston; SBN 90738
Halli B. Heston; SBN 90737
Heston & Heston, Attorneys at Law
19700 Fairchild Road, Suite 280
Irvine CA 92612-2528
949-222-1041
949-222-1043 fax
rheston@hestonlaw.com

Attorneys for Creditor Law Offices of Holly A. Lemkin, APC

**FILED & ENTERED**

**JUN 11 2024**

**CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte    DEPUTY CLERK**

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| SUSAN JO WHITE,<br><br>    Debtor. | Case No.: 8:24-bk-10187-SC<br><br>**ORDER AFTER HEARING ON MOTION TO EXTEND DEADLINE TO FILE MOTION TO DISMISS PURSUANT TO SECTION 707(b)**<br><br>Date:  June 11, 2024<br>Time: 11:00 a.m.<br>Ctrm: 5C |

The Court having considered the motion of Creditor Law Offices of Holly A. Lemkin, APC to extend the deadline for filing a motion pursuant to 11 U.S.C. §707(b) filed on May 5, 2024 [DOC 19], Debtor's Opposition thereto filed [DOC] filed May 28, 2024, and the Movant's Reply [DOC 26] filed June 4, 2024, and finding him  notice having been duly given and good cause appearing therefor,

    IT IS ORDERED:

1. The Motion is granted;

1

2. The deadline for Creditor Law Offices of Holly A. Lemkin, APC to file a motion to dismiss pursuant to 11 U.S.C. §707(b) is extended to June 12, 2024.

###

Date: June 11, 2024

Scott C. Clarkson
United States Bankruptcy Judge

2