United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 24-10187-SC |
| Susan Jo White | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 1 of 1 |
| Date Rcvd: Jun 11, 2024 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 13, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Susan Jo White, 10 Snowberry Lake, Lake Forest, CA 92630-8383 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 13, 2024        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 11, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Anerio V Altman | on behalf of Debtor Susan Jo White LakeForestBankruptcy@jubileebk.net lakeforestpacer@gmail.com;ecf@casedriver.com |
| Benjamin Heston | on behalf of Interested Party Courtesy NEF bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Karen S Naylor (TR) | alane@ringstadlaw.com knaylor@IQ7technology.com;ecf.alert+Naylor@titlexi.com |
| Richard G. Heston | on behalf of Creditor Law Offices of Hollie A. Lemkin rheston@hestonlaw.com yflores@hestonlaw.com,docs@hestonlaw.com;HestonRR41032@notify.bestcase.com,handhecf@gmail.com |
| United States Trustee (SA) | ustpregion16.sa.ecf@usdoj.gov |

TOTAL: 5

Richard G. Heston; SBN 90738
Halli B. Heston; SBN 90737
Heston & Heston, Attorneys at Law
19700 Fairchild Road, Suite 280
Irvine CA 92612-2528
949-222-1041
949-222-1043 fax
rheston@hestonlaw.com

Attorneys for Creditor Law Offices of Holly A. Lemkin, APC

**FILED & ENTERED**

**JUN 11 2024**

**CLERK U.S. BANKRUPTCY COURT**
Central District of California
BY bolte        DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| SUSAN JO WHITE,<br><br>         Debtor. | Case No.: 8:24-bk-10187-SC<br><br>**ORDER AFTER HEARING ON MOTION TO EXTEND DEADLINE TO FILE MOTION TO DISMISS PURSUANT TO SECTION 707(b)**<br><br>Date:  June 11, 2024<br>Time:  11:00 a.m.<br>Ctrm:  5C |

   The Court having considered the motion of Creditor Law Offices of Holly A. Lemkin, APC to extend the deadline for filing a motion pursuant to 11 U.S.C. §707(b) filed on May 5, 2024 [DOC 19], Debtor's Opposition thereto filed [DOC] filed May 28, 2024, and the Movant's Reply [DOC 26] filed June 4, 2024, and finding him  notice having been duly given and good cause appearing therefor,

   IT IS ORDERED:

  1. The Motion is granted;

1

2. The deadline for Creditor Law Offices of Holly A. Lemkin, APC to file a motion to dismiss pursuant to 11 U.S.C. §707(b) is extended to June 12, 2024.

###

Date: June 11, 2024

Scott C. Clarkson
United States Bankruptcy Judge

2