Anerio V. Altman, Esq. #228445
Lake Forest Bankruptcy
PO Box 515381
Los Angeles, CA 90051
Phone and Fax: (949) 218-2002
avaesq@lakeforestbkoffice.com
**ATTORNEY FOR DEBTOR**
**SUSAN JO WHITE**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA –SANTA ANA DIVISION

| | |
|---|---|
| In re: SUSAN JO WHITE<br><br>Debtor | Case No.: 8:24-bk-10187-SC<br><br>Chapter: 7<br><br>**NOTICE OF ERRATA AND CORRECTION OF HEARING TIME**<br><br>**JUDGE:**<br>Hon. Scott Clarkson<br><br>**HEARING:**<br>Date:   July 16th, 2024<br>Time:   10:00 A.M.<br>Place:  411 West Fourth Street #5C, Santa Ana, CA 92701 |

///

///

---

- 1 -

NOTICE OF ERRATA AND CORRECTION TO HEARING TIME

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Please take notice that Debtor Susan White filed an Opposition to Creditor Hollie Lemkin's Motion to Dismiss filed as Docket #30, a series of Evidentiary Objections and a Request for Judicial Notice on July 2nd, 2024.

Please note that the hearing date on those documents for the hearing on Docket #30 was in error. The hearing date for all of the papers filed by the Creditor and Debtor regarding Docket #30 is July 16th, 2024 at 10:00 A.M. at 411 West Fourth Street #5C, Santa Ana, CA 92701.

Date: July 3, 2024                              Signed:/S/ ANERIO V. ALTMAN, ESQ.
                                                       ANERIO V. ALTMAN, ESQ.
                                                       ATTORNEY FOR DEBTOR
                                                       SUSAN WHITE

- 2

NOTICE OF ERRATA AND CORRECTION TO HEARING TIME