Anerio V. Altman, Esq. #228445
Lake Forest Bankruptcy
PO Box 515381
Los Angeles, CA 90051
Phone and Fax:  (949) 218-2002
avaesq@lakeforestbkoffice.com
**ATTORNEY FOR DEBTOR**
**SUSAN JO WHITE**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA –SANTA ANA DIVISION

| | |
|---|---|
| In re:  SUSAN JO WHITE<br><br>Debtor | Case No.: 8:24-bk-10187-SC<br><br>**Chapter:** 7<br><br>**EVIDENTIARY OBJECTIONS TO THE REPLY OF HOLLIE LEMKIN FILED AS DOCKET #42**<br><br>**JUDGE:**<br>Hon. Scott Clarkson<br><br>**HEARING:**<br>Date:  July 16th, 2024<br>Time:  10:00 A.M.<br>Place:  411 West Fourth Street #5C, Santa Ana, CA 92701 |

///

///

- 1

EVDIDENTIARY OBJECTIONS

DEBTOR SUSAN JO WHITE ("Debtor") provides the following evidentiary objections to the Reply of Creditor Hollie A. Lemkin ("Creditor") filed as Docket #42:

| EVIDENCE | OBJECTION | RULING |
|---|---|---|
| "In Debtor's prior two Chapter 7 cases, both dismissed pursuant to Section 707(b0(2), she also submitted Means Test which showed that there was not a presumption of abuse, yet in both of those cases, the Court that that she had misrepresented her income in order to achieve this result." Reply Page 2, Lines 11-14. | FRE 801 Hearsay: To the extent there is a speaker, there is no source for this statement, and it is being admitted for the truth of what it asserts. FRE 1002 Originals: To the extent the Creditor is presenting information from a written document, the original or copy must be produced in order to demonstrate the contents therein. | |
| Q. Okay. So this is the statement of your current monthly income that was submitted with your current case. As you can see here under line for all amounts from any source which are regular paid for househould expenses, you or your dependents, including child support it list $6972.33. How did you arrive at that number? A. It's an average. It would be an average. So we looked at the six months prior, and it was an average. Q. So when-these-is this all contributions? Is part of that child support? A. It says "including child support." So the child support would have been included in that number. Q. And so when [your boyfriend] Robert [Stidham] was making these | FRE 801 Hearsay: Mr. Heston did not attend the 2004 exam and any statements made by the Debtor at that exam are not admissible by his recitation of events as they would had to have been conveyed to him by another person. LRBP 7030-1(b): The original of any transcript intended to be used need to be lodged with the court. LRBP 7041: The transcript must be lodged with the court 7 days before the hearing with the sections intended to be used highlighted allowing the opportunity for opposing counsel to counter designate portions of the transcript in response. | |

| | | |
|---|---|---|
| contributions during that period, how would he do that? Would he give you money or would he pay expenses directly?<br>A. It just-it depend upon what was needed. There's never been-it's never been a set amount. It's never been said, this is like, oh, hey, I need help with this or groceries or gas or whatever and he may take me to the gas station or take me grocery shopping, or he may even give me some cash if I needed. I mean, it just appended [sic]. There's never been a set way. It's all just whatever." Reply, Page 3 line 13 through Page 4 line 5. | | |
| "…when several courts, including this Court, have already found that the Debtor is not a truthful person. The family court found that she was untruthful in her divorce case, this civil court found that she was untruthful in the malpractice action, and this Court has twice found that she was untruthful in her Means Test." Reply, Page 4, Lines 13-16. | FRE 801 Hearsay: To the extent there is a speaker, there is no source for this statement, and it is being admitted for the truth of what it asserts.<br>FRE 1002 Originals: To the extent the Creditor is presenting information from a written document, the original or copy must be produced in order to demonstrate the contents therein. | |
| "In her prior bankruptcy cases, the Court has found that her boyfriend's contribution toward this amount should be included as contribution income on the Means Test. In July of last year, Debtor added the corporation of which her boyfriend is CEO to her lease. Reply page 4, lines 24-26. | FRE 801 Hearsay: To the extent there is a speaker ("The Court"), there is no source for this statement, and it is being admitted for the truth of what it asserts.<br>FRE 1002 Originals: To the extent the Creditor is presenting information from a written document, the original or copy must be produced in | |

| | | |
|---|---|---|
| | order to demonstrate the contents therein. | |
| Q. During the time in which you were unemployed, were there any expenses that you had to cut back on or did you maintain essentially the same standard of living?<br>A. Definitely cut back. I mean, we rarely go out to eat, I guess. What expenses?<br>Q. I'm just asking across the board were there any expenses that you can recall having to cut back on during that period?<br>A. Trying to be more thoughtful with, you know, water use and not eating out. I don't live on extravagant life in the first place. I've got teenagers. Reply Page 5, Lines 15-24. | FRE 801 Hearsay: Mr. Heston did not attend the 2004 exam and any statements made by the Debtor at that exam are not admissible by his recitation of events as they would had to have been conveyed to him by another person.<br>LRBP 7030-1(b): The original of any transcript intended to be used need to be lodged with the court.<br>LRBP 7041: The transcript must be lodged with the court 7 days before the hearing with the sections intended to be used highlighted allowing the opportunity for opposing counsel to counter designate portions of the transcript in response. | |
| Exhibit A-An excerpt from a transcript. | LRBP 7030-1(b): The original of any transcript intended to be used need to be lodged with the court.<br>LRBP 7041: The transcript must be lodged with the court 7 days before the hearing with the sections intended to be used highlighted allowing the opportunity for opposing counsel to counter designate portions of the transcript in response. | |
| Exhibit B-An excerpt from a transcript. | LRBP 7030-1(b): The original of any transcript intended to be used need to be lodged with the court.<br>LRBP 7041: The transcript must be lodged with the court 7 days before the hearing with | |

- 4 -

EVDIDENTIARY OBJECTIONS

| | the sections intended to be used highlighted allowing the opportunity for opposing counsel to counter designate portions of the transcript in response. | |
|---|---|---|

Date: July 10, 2024          Signed: /S/ ANERIO V. ALTMAN, ESQ.
                                      ANERIO V. ALTMAN, ESQ.
                                      ATTORNEY FOR DEBTOR
                                      SUSAN WHITE

- 5 -

EVDIDENTIARY OBJECTIONS