| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Richard G. Heston (SBN: 90737)<br>Heston & Heston, Attorneys at Law<br>19700 Fairchild Road, Suite 280<br>Irvine, CA 92612<br>Tel. (949) 222-1041<br>Fax (949) 222-1043<br>Email: rheston@hestonlaw.com<br><br><br>☐  Individual *appearing without an attorney*<br>☒  *Attorney for:* Creditor | |

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

| In re:<br><br>SUSAN JO WHITE<br><br><br><br><br>Debtor(s) | CASE NO.: 8:24-bk-10187-SC<br>CHAPTER: 7<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion*[1]):<br>Motion to Dismiss Chapter 7 Case Pursuant to Section 707(b)(2) and (3) |
|---|---|

PLEASE TAKE NOTE that the order titled Order on Motion to Dismiss Chapter 7 Case Pursuant to Section 707(b)(2) and (3).

was lodged on (*date*) 7/16/2024 and is attached.  This order relates to the motion which is docket number 30.

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

1 | RICHARD G. HESTON (SBN 90738)
HESTON & HESTON, ATTORNEYS AT LAW
2 | 19700 Fairchild Road, Suite 280
Irvine, California 92612
3 | Tel: 949-222-1041
Fax: 949-222-1043
4 | rheston@hestonlaw.com

5 | Attorney for Creditor,
Hollie A. Lemkin

6

**UNITED STATES BANKRUPTCY COURT**

7

**CENTRAL DISTRICT OF CALIFORNIA**

8

**SANTA ANA DIVISION**

9

10 | In re:

Case No: **8:24-bk-10187-SC**

11 | **SUSAN JO WHITE,**

**Chapter 7**

12

Debtor.

**ORDER ON MOTION TO DISMISS**
13 | **CHAPTER 7 CASE PURSUANT TO**
**SECTION 707(b)(2) & (3)**

14

**Hearing:**
15 | Date: July 16, 2024
Time: 10:00
16 | Courtroom: 5C
Location:  411 West Fourth Street
17 | Santa Ana, CA 92701

18

19 |      On July 16, 2024, the Court conducted a hearing regarding the motion of Creditor, Hollie

20 | A. Lemkin, to dismiss this Chapter 7 case under 11 U.S.C. §707(b) [Docket #30]. The Debtor

21 | filed an opposition to the motion to dismiss, a request for judicial notice, evidentiary objections

22 | to motion to dismiss, notice of errata, and evidentiary objections to Creditor's request to take

23 | judicial notice and [Dockets #34, 35, 36, 43, 44, 45] and the Creditor filed a reply to Debtor's

24 | opposition and a request to take judicial notice [Dockets #42 and 43]. After having considered

25 | the pleadings and the arguments of counsel at the hearing, and for the reasons discussed on the

26 | record, this Court ORDERS AS FOLLOWS:

27 |      1.  The Debtor's evidentiary objections are overruled;

28

2. This case is dismissed pursuant to 11 U.S.C. §707(b)(3) for abuse of the provisions of the

Bankruptcy Code;

3. The Debtor is barred from being a debtor in any bankruptcy proceeding for one year from

the date of entry of the final order of dismissal.

###



**Bankruptcy LODGED ORDER UPLOAD FORM**

Tuesday, July 16, 2024

CONFIRMATION :

 Your Lodged Order Info:
( **11305709.docx** )
  A new order has been added

- **Office**:  Santa Ana
- **Case Title**:  Susan Jo White
- **Case Number**:  24-10187
- **Judge Initial**:  SC
- **Case Type**:  bk ( Bankruptcy )
- **Document Number**:  30
- **On Date**:  07/16/2024 @ 05:07 PM

Thank You!

---

United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 East Temple Street
Los Angeles, CA 90012

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

19700 Fairchild Road, Suite 280, Irvine, CA 92612

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 7/16/2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Anerio V Altman**    LakeForestBankruptcy@jubileebk.net, lakeforestpacer@gmail.com;ecf@casedriver.com
- **Benjamin Heston**    bhestonecf@gmail.com, benheston@recap.email,NexusBankruptcy@jubileebk.net
- **Karen S Naylor (TR)**    alane@ringstadlaw.com, knaylor@IQ7technology.com;ecf.alert+Naylor@titlexi.com
- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:  On (*date*) 7/16/2024, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Scott C. Clarkson
United States Bankruptcy Court
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5130 / Courtroom 5C
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 7/16/2024 | Yanira Flores | /s/ Yanira Flores |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.