Anerio V. Altman, Esq. #228445
Lake Forest Bankruptcy
PO Box 515381
Los Angeles, CA 90051
Phone and Fax: (949) 218-2002
avaesq@lakeforestbkoffice.com
**ATTORNEY FOR DEBTOR**
**SUSAN JO WHITE**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA –SANTA ANA DIVISION

| | |
|---|---|
| In re: SUSAN JO WHITE<br><br>Debtor | Case No.: 8:24-bk-10187-SC<br><br>**Chapter:** 7<br><br>**REQUEST FOR THE ISSUANCE OF FINDING OF FACTS AND CONCLUSIONS OF LAW**<br><br>**JUDGE:**<br>Hon. Scott Clarkson<br><br>**HEARING HELD:**<br>Date: July 16th, 2024<br>Time: 10:00 A.M.<br>Place: 411 West Fourth Street #5C, Santa Ana, CA 92701 |

///

- 1

REQUEST FOR FINDINGS OF FACT AND CONCLUSIONS OF LAW

1  TO THE HONORABLE JUDGE SCOTT CLARKSON, TO THE UNITED STATES TRUSTEE,

2  TO THE CHAPTER 7 TRUSTEE AND TO ALL OTHER PARTIES AND THEIR ATTORNEYS

3  OF RECORD:

4     DEBTOR SUSAN JO WHITE ("Debtor") requests that this court issue Findings of Fact

5  and Conclusions of Law pursuant to Federal Rule of Civil Procedure 52 following the hearing held

6  July 16th, 2024 at 10:00 in this court on Creditor Hollie Lemkin's Motion to Dismiss under 707(b).

7  This request is timely as no written order has yet been issued.

8  Date: July 17th, 2024              Signed:/S/ ANERIO V. ALTMAN, ESQ.
                                              ANERIO V. ALTMAN, ESQ.
9                                             ATTORNEY FOR DEBTOR
                                              SUSAN WHITE

- 2 -

REQUEST FOR FINDINGS OF FACT AND CONCLUSIONS OF LAW