RICHARD G. HESTON (SBN 90738)
HESTON & HESTON, ATTORNEYS AT LAW
19700 Fairchild Road, Suite 280
Irvine, California 92612
Tel: 949-222-1041
Fax: 949-222-1043
rheston@hestonlaw.com

Attorney for Creditor,
Hollie A. Lemkin

**FILED & ENTERED**

**JUL 25 2024**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** bolte    **DEPUTY CLERK**

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SANTA ANA DIVISION

**CHANGES MADE BY COURT**

| | |
|---|---|
| In re:<br><br>**SUSAN JO WHITE**,<br><br>　　　　Debtor. | Case No: 8:24-bk-10187-SC<br><br>Chapter 7<br><br>**ORDER ON MOTION TO DISMISS CHAPTER 7 CASE PURSUANT TO SECTION 707(b)(2) & (3)**<br><br>**Hearing:**<br>Date: July 16, 2024<br>Time: 10:00<br>Courtroom: 5C<br>Location:  411 West Fourth Street<br>　　　　　Santa Ana, CA 92701 |

　　　　On July 16, 2024, the Court conducted a hearing regarding the motion of Creditor, Hollie A. Lemkin, to dismiss this Chapter 7 case under 11 U.S.C. §707(b) [Docket #30]. Appearances are as noted in the record. The Debtor filed an opposition to the motion to dismiss, a request for judicial notice, evidentiary objections to motion to dismiss, notice of errata, and evidentiary objections to Creditor's request to take judicial notice and [Dockets #34, 35, 36, 43, 44, 45] and the Creditor filed a reply to Debtor's opposition and a request to take judicial notice [Dockets

#42 and 43]. After having considered the pleadings and the arguments of counsel at the hearing, and for the reasons discussed on the record[1], this Court ORDERS AS FOLLOWS:

1. The Debtor's evidentiary objections are overruled;
2. This case is dismissed pursuant to 11 U.S.C. §707(b)(3) for abuse of the provisions of the Bankruptcy Code;
3. The Debtor is barred from being a debtor in any bankruptcy proceeding for one year from the date of entry of the final order of dismissal.

###

Date: July 25, 2024

Scott C. Clarkson
United States Bankruptcy Judge

---

[1] The Debtor requested written findings of facts and conclusions of law; however, pursuant to FRCP 52 as made applicable by FRBP 7052, they may be stated on the record, which they were.