United States Bankruptcy Court

Central District of California

In re:  Case No. 24-10187-SC
Susan Jo White  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-8      User: admin      Page 1 of 3
Date Rcvd: Jul 25, 2024      Form ID: pdf002      Total Noticed: 27

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 27, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Susan Jo White, 10 Snowberry Lake, Lake Forest, CA 92630-8383 |
| cr | + | Law Offices of Hollie A. Lemkin, c/o Heston & Heston, Attorneys at Law, 19700 Fairchild Rd., Suite 280, Irvine, CA 92612 UNITED STATES 92612-2521 |
| 41828745 | + | Charles Schwab, PO Box 5050, Richfield, OH 44286-5050 |
| 41828747 | | Equifax, Po Box 105281, Atlanta, GA 30348-5281 |
| 41828748 | + | Executive Decisions Group, 6347 East Ironwood Drive, Scottsdale, AZ 85266-8761 |
| 41828750 | + | Frieda Baldwin, 13432 2nd Street, Hope, ND 58046-9049 |
| 41828751 | + | Gilligan Frisco & Trutanich, LLP, One World Trade Center Suite 1740, Long Beach, CA 90831-0002 |
| 41828753 | | Hyundai Motor Finance, PO Box 65805, Dallas, TX 75265 |
| 41828756 | + | Jianfeng Le, 26 Boulder View, Irvine, CA 92603-0410 |
| 41828757 | + | John C. Mulvana, Esq, 216 Esplande, San Clemente, CA 92672-5415 |
| 41828758 | + | Law Office of Hollie A. Lemkin, Law Office of John Teal, 23 Corporate Plaza Dr #150, Newport Beach, CA 92660-7908 |
| 41828761 | + | Robert Stidham, PO Box 13330, Scottsdale, AZ 85267-3330 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: itcdbg@edd.ca.gov | Jul 26 2024 00:18:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | Email/Text: BKBNCNotices@ftb.ca.gov | Jul 26 2024 00:18:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| 41828744 | | Email/PDF: bncnotices@becket-lee.com | Jul 26 2024 00:24:59 | Amex, Correspondence, PO Box 981540, El Paso, TX 79998-1540 |
| 41828746 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 26 2024 00:24:58 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, S Louis, MO 63179-0040 |
| 41828759 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 26 2024 00:25:06 | Macys/fdsb, Attn: Bankruptcy 9111 Duke Boulevard, Mason, OH 45040 |
| 41828749 | + | Email/Text: BKBNCNotices@ftb.ca.gov | Jul 26 2024 00:18:00 | Franchise Tax Board, Personal Bankruptcy MS A340, PO Box 942867, Sacramento, CA 94267-0001 |
| 41828752 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Jul 26 2024 00:18:00 | Hyundai Motor Finance, Attn: Bankrutpcy, PO Box 20829, Fountain Valley, CA 92728-0829 |
| 41828754 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 26 2024 00:18:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 41828760 | | Email/Text: bnc@nordstrom.com | Jul 26 2024 00:17:00 | Nordstrom Signature Visa, Colorado Service Center, PO Box 6555, Englewood, CO 80155-6555 |

Case 8:24-bk-10187-SC    Doc 51    Filed 07/27/24    Entered 07/27/24 21:16:16    Desc
Imaged Certificate of Notice    Page 2 of 5

| District/off: 0973-8 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 25, 2024 | Form ID: pdf002 | Total Noticed: 27 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 41828762 | + | Email/Text: opshelp@starionbank.com | Jul 26 2024 00:18:00 | Starion Financial, Po Box 487, Mandan, ND 58554-0487 |
| 41828763 | | Email/Text: BKBNCNotices@ftb.ca.gov | Jul 26 2024 00:18:00 | State of California Franchise Tax Board, Personal Bankruptcy MS A340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| 41828764 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 26 2024 00:24:53 | Synchrony Bank, P.O. Box 965064, Orlando, FL 32896-5064 |
| 41828765 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 26 2024 00:24:53 | Synchrony Bank/Gap, Attn: Bankruptcy Department, PO Box 956060, Orlando, FL 32896-5060 |
| 41828766 | ^ | MEBN | Jul 26 2024 00:15:50 | Transunion, Transunion Customer Solutions, Po Box 2000, Chester, PA 19016-2000 |
| 41828767 | + | Email/Text: bknotices@wescom.org | Jul 26 2024 00:18:00 | Wescom Credit Union, 123 S Marengo, Pasadena, CA 91101-2428 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Courtesy NEF |
| 41828755 | * | Internal Revenue Service, Centralized Insolvency Operation, Po Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 27, 2024                    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 25, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Anerio V Altman | on behalf of Debtor Susan Jo White LakeForestBankruptcy@jubileebk.net lakeforestpacer@gmail.com;ecf@casedriver.com |
| Anerio V Altman | on behalf of Defendant Susan Jo White LakeForestBankruptcy@jubileebk.net lakeforestpacer@gmail.com;ecf@casedriver.com |
| Benjamin Heston | on behalf of Interested Party Courtesy NEF bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Karen S Naylor (TR) | alane@ringstadlaw.com knaylor@IQ7technology.com;ecf.alert+Naylor@titlexi.com |
| Richard G. Heston | on behalf of Creditor Law Offices of Hollie A. Lemkin rheston@hestonlaw.com yflores@hestonlaw.com,docs@hestonlaw.com,HestonRR41032@notify.bestcase.com,hestonlaw@recap.email |
| Richard G. Heston | |

District/off: 0973-8 | User: admin | Page 3 of 3
Date Rcvd: Jul 25, 2024 | Form ID: pdf002 | Total Noticed: 27

                on behalf of Plaintiff Hollie A. Lemkin rheston@hestonlaw.com
                yflores@hestonlaw.com,docs@hestonlaw.com,HestonRR41032@notify.bestcase.com,hestonlaw@recap.email

United States Trustee (SA)

                ustpregion16.sa.ecf@usdoj.gov

TOTAL: 7

```
 1   RICHARD G. HESTON (SBN 90738)
     HESTON & HESTON, ATTORNEYS AT LAW
 2   19700 Fairchild Road, Suite 280
     Irvine, California 92612
 3   Tel: 949-222-1041
     Fax: 949-222-1043
 4   rheston@hestonlaw.com

 5   Attorney for Creditor,
     Hollie A. Lemkin
 6
```

**FILED & ENTERED**

**JUL 25 2024**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte          DEPUTY CLERK

**CHANGES MADE BY COURT**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

In re:

**SUSAN JO WHITE,**

    Debtor.

Case No: 8:24-bk-10187-SC

Chapter 7

ORDER ON MOTION TO DISMISS CHAPTER 7 CASE PURSUANT TO SECTION 707(b)(2) & (3)

**Hearing:**
Date: July 16, 2024
Time: 10:00
Courtroom: 5C
Location: 411 West Fourth Street
          Santa Ana, CA 92701

     On July 16, 2024, the Court conducted a hearing regarding the motion of Creditor, Hollie A. Lemkin, to dismiss this Chapter 7 case under 11 U.S.C. §707(b) [Docket #30]. Appearances are as noted in the record. The Debtor filed an opposition to the motion to dismiss, a request for judicial notice, evidentiary objections to motion to dismiss, notice of errata, and evidentiary objections to Creditor's request to take judicial notice and [Dockets #34, 35, 36, 43, 44, 45] and the Creditor filed a reply to Debtor's opposition and a request to take judicial notice [Dockets

1 | #42 and 43]. After having considered the pleadings and the arguments of counsel at the hearing,
2 | and for the reasons discussed on the record[1], this Court ORDERS AS FOLLOWS:
3 |    1. The Debtor's evidentiary objections are overruled;
4 |    2. This case is dismissed pursuant to 11 U.S.C. §707(b)(3) for abuse of the provisions of the
5 |       Bankruptcy Code;
6 |    3. The Debtor is barred from being a debtor in any bankruptcy proceeding for one year from
7 |       the date of entry of the final order of dismissal.

###

Date: July 25, 2024

Scott C. Clarkson
United States Bankruptcy Judge

---

[1] The Debtor requested written findings of facts and conclusions of law; however, pursuant to FRCP 52 as made applicable by FRBP 7052, they may be stated on the record, which they were.