United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 24-10187-SC |
| Susan Jo White | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 25, 2024 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 27, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Susan Jo White, 10 Snowberry Lake, Lake Forest, CA 92630-8383 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Jul 27, 2024 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 25, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Anerio V Altman | on behalf of Debtor Susan Jo White LakeForestBankruptcy@jubileebk.net  lakeforestpacer@gmail.com;ecf@casedriver.com |
| Anerio V Altman | on behalf of Defendant Susan Jo White LakeForestBankruptcy@jubileebk.net  lakeforestpacer@gmail.com;ecf@casedriver.com |
| Benjamin Heston | on behalf of Interested Party Courtesy NEF bhestonecf@gmail.com  benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Karen S Naylor (TR) | alane@ringstadlaw.com  knaylor@IQ7technology.com;ecf.alert+Naylor@titlexi.com |
| Richard G. Heston | on behalf of Creditor Law Offices of Hollie A. Lemkin rheston@hestonlaw.com  yflores@hestonlaw.com,docs@hestonlaw.com,HestonRR41032@notify.bestcase.com,hestonlaw@recap.email |
| Richard G. Heston | on behalf of Plaintiff Hollie A. Lemkin rheston@hestonlaw.com |

| District/off: 0973-8 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jul 25, 2024 | Form ID: pdf042 | Total Noticed: 1 |

yflores@hestonlaw.com,docs@hestonlaw.com,HestonRR41032@notify.bestcase.com,hestonlaw@recap.email

United States Trustee (SA)

ustpregion16.sa.ecf@usdoj.gov

TOTAL: 7

RICHARD G. HESTON (SBN 90738)
HESTON & HESTON, Attorneys At Law
19700 Fairchild Road, Suite 280
Irvine, California 92612
Tel: 949-222-1041
Fax: 949-222-1043
rheston@hestonlaw.com

Attorney for Creditor,
Hollie A. Lemkin

**FILED & ENTERED**

**JUL 25 2024**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte        DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SANTA ANA DIVISION

**CHANGES MADE BY COURT**

| | |
|---|---|
| In re:<br><br>**SUSAN JO WHITE**,<br><br>　　　　Debtor. | Case No: 8:24-bk-10187-SC<br><br>Chapter 7<br><br>ORDER ON MOTION TO DISMISS CHAPTER 7 CASE PURSUANT TO SECTION 707(b)(2) & (3)<br><br>**Hearing:**<br>Date: July 16, 2024<br>Time: 10:00<br>Courtroom: 5C<br>Location: 411 West Fourth Street<br>　　　　　Santa Ana, CA 92701 |

　　　　On July 16, 2024, the Court conducted a hearing regarding the motion of Creditor, Hollie A. Lemkin, to dismiss this Chapter 7 case under 11 U.S.C. §707(b) [Docket #30]. Appearances are as noted in the record. The Debtor filed an opposition to the motion to dismiss, a request for judicial notice, evidentiary objections to motion to dismiss, notice of errata, and evidentiary objections to Creditor's request to take judicial notice and [Dockets #34, 35, 36, 43, 44, 45] and the Creditor filed a reply to Debtor's opposition and a request to take judicial notice [Dockets

1

#42 and 43]. After having considered the pleadings and the arguments of counsel at the hearing, and for the reasons discussed on the record[1], this Court ORDERS AS FOLLOWS:

1. The Debtor's evidentiary objections are overruled;
2. This case is dismissed pursuant to 11 U.S.C. §707(b)(3) for abuse of the provisions of the Bankruptcy Code;
3. The Debtor is barred from being a debtor in any bankruptcy proceeding for one year from the date of entry of the final order of dismissal.

###

Date: July 25, 2024

Scott C. Clarkson
United States Bankruptcy Judge

---

[1] The Debtor requested written findings of facts and conclusions of law; however, pursuant to FRCP 52 as made applicable by FRBP 7052, they may be stated on the record, which they were.

2